IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAROLINE CALLAWAY,
                    Plaintiff,

-vs-                                                          Case No.  A-15-CA-103-SS

TRAVIS COUNTY; AUSTIN POLICE OFFICER
PATRICK   OBORSKI;   AUSTIN   POLICE
OFFICER ADAM JOHNSON; and CITY OF
AUSTIN,
                    Defendants.

## FINAL JUDGMENT

BE IT REMEMBERED on November 28, 2016 the parties Caroline Callaway, plaintiff, and

the defendants Travis County, Patrick Oborsky, and Adam Johnson announced ready for trial and

selected a jury of seven duly qualified jurors, and the case proceeded to trial until November 30,

2016 when the plaintiff rested her case and, thereafter, Travis County, Patrick Oborsky, and Adam

Johnson filed motions pursuant to Rule 50 of the Federal Rules of Civil Procedure for judgment as

a matter of law, and the Court took the motions under advisement, and the case proceeded until

November 30, 2016 when all parties rested and closed, and the plaintiff Caroline Callaway made a

motion pursuant to Rule 50 for judgment in her favor and the defendants renewed their motions for

judgment pursuant to Rule 50 and the Court denied the Rule 50 motion of Caroline Callaway and

continued to hold in abatement the defendants' Rule 50 motions and, thereafter, the case was

submitted to the jury and on December 1, 2016 the jury rendered its verdict answering Question 1(a)

"No"; Question 2(a) "No"; and Question 2(b) "No" and, thereafter, based on the pleadings, evidence,

verdict of the jury, and summary judgment entered on behalf of the City of Austin, the Court enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED that Caroline Callaway TAKE NOTHING in this cause against Travis County, Texas; Patrick Oborsky; Adam Johnson; and the City of Austin, Texas and that these defendants go hence without day and with their costs for which let execution be made against Caroline Callaway.

SIGNED this the ___5___ day of December 2016.

_____
UNITED STATES DISTRICT JUDGE